UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

TRUNG QUANG PHAN,

    Petitioner,

vs.

MATHEW CATE, Warden,

    Respondent.
                                /

No. C 11-5286 PJH (PR)

**ORDER OF DISMISSAL**

This pro se habeas action was filed on October 31, 2011. The court notified petitioner on that same day that he had not paid the filing fee and that his application to proceed in forma pauperis was deficient. The certificate of funds in inmate account on page five of the application was not completed or signed, and petitioner had not attached the printout of transactions in his inmate account required by the instructions. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file a complete application within thirty days the case would be dismissed. No response has been received.

This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: January 3, 2012.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

P:\PRO-SE\PJH\HC.11\PHAN5286.Dismiss ifp.wpd